UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.   Case No. 05-80750

RICHARD LEE THOMPSON,   HONORABLE AVERN COHN

    Defendant .

_____/

## ORDER DENYING MOTION TO DISMISS UNDER THE SPEEDY TRIAL ACT

Defendant has filed a motion to dismiss the indictment in this case on the ground his rights under the Speedy Trial Act (18 USC §3161) have been violated. The government has responded. The motion is DENIED.

The government's brief adequately explains why the seventy (70) day limit of the Speedy Trial Act has not been violated. From the date of the indictment to now, there have been a series of events which allow for excludable delay sufficient to continue the running of the Speedy Trial act.

Trial is currently set for Monday, April 17, 2006 at 9:00 a.m. Trial will commence that day.

SO ORDERED.

Dated: April 4, 2006
      s/Avern Cohn
      AVERN COHN
      UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 4, 2006, by electronic and/or ordinary mail.

      s/Julie Owens
      Case Manager, (313) 234-5160